# EXHIBIT A

## CONSIGNMENT AGREEMENT

January 12, 2019

Consignor
Jed Mackay/Indelible Inc
53 Hambly Ave
Toronto, Canada
M4E 2R5

Consignee
Halsted Gallery
2235 Cole Street
Birmingham, MI 48009

The above named Consignor to The Halsted Gallery, Consignee, the following described artwork.

| Image | Net: |
|---|---|
| 2 Michael Kenna photographs of: | |
| Rouge #45 (1994, 9/45) | $8,000 |
| Don Quixote's Giants #8 (1996, 8/45) | $7,000 |
| | |
| P.H Emerson, platinum print of: | |
| Poling The Marsh Hay (HAY LLNB XVII) | $4,500 |
| | |
| FH Evans, platinum print of: | |
| Gloucester Cathedral, Lady Chapel West, c.1900) | $4,000 |
| | |
| Josef Sudek silver print of: | |
| Hukualdywald (1940's) | $3,000 |
| | |
| Brett Weston, signed silver prints of: | |
| Garapata Beach 1954 | $6,500 |
| Dune, Oceano 1934 | $12,000 |
| | |
| Edward Weston silver gelatin prints of: | |
| Portrait of Ethel Struss (vintage, signed Edward Weston 1923) | $18,000 |
| Nude 1936 EW/CW (face down) | $9,000 |
| Nude 1936 EW/CW | $9,000 |
| Lassen Park (signed "EW" 1939) | $12,000 |
| | |
| HC Bresson silver print | |
| Siphinos 1961 | $10,000 |

| | |
|---|---|
| Andre' Kertesz silver print | |
| Muedon, 1928 | $4,000 |
| Carrefour Blois | $4,000 |
| | |
| D. Hong Oai silver prints | $3,000 each |
| 3 Boys on Beach | |
| Dogs on Beach | |
| Fishing Guilin (man with net on boat) | |
| Foggy Boat and tree | |
| Tree and water | |
| | |
| Wynn Bullock silver print of: | |
| Tidal Pool in Moonlight With Birds | $4,000 |
| Stark Tree 1956 | $8,000 |
| | |
| Bill Brandt signed silver print of: | |
| Nude 1951 (in Chair) | $10,000 |
| | |
| Al Coburn gravures | |
| From London | $1,200 each |
| St Paul's From River 1906 (PL VI) | |
| British Lion 1906 (PL XIX) | |
| Westminster Abbey | |
| Wapping 1904 (PL X) | |
| Leicester Square 1906 (PL XIII) | |
| From Westminster Bridge 1905 (PL XIII) | |
| Boat Under Bridge | |
| Castle Structure | |
| The Sphinx. 1905 | |
| People On Bridge | |
| River Embankment & Arch | |
| Trafalgar Square 1905 | |
| Thames, Boats, Bridge | |
| Hyde Park Corner 1905 | |
| London 1909 | |
| House of Parliament | |
| The Ferry | |
| St Pauls | |
| | |
| Ansel Adams silver print 11x14 of: | |
| Moon and Half Dome, Yosemite 1960 (vintage) | $45,000 |
| | |
| Minor White silver print of: | |
| Bird Lime and Surf, Point Lobos 1951 | $4,000 |
| Moon and Wall Encrustations, 1964 | $5,000 |
| | |
| Carleton Watkins 8x10 albumen print of | |
| Washington Column (Wild Park) 1866 | $4,000 |

The consignor shall receive the above listed net price. Discount requests will be communicated to consignor for approval. Payment will be made within 30 days of receipt by Consignee of complete payments of the purchase price. Oral changes shall be binding.

Consignee agrees to insure the artwork from time of receipt until sale against physical loss or damage while in its procession. If loss or damage does occur, consignor will be notified as soon as possible. Consignee will be liable for net value of artwork only.

Any changes to this agreement shall be made by both parties and mutually agreed upon.

By signing and dating a copy of this agreement, and in consideration of the above promises, the parties evidence their mutual understanding.

_____              _____
Jed MacKay                                                                   Wendy Halsted