# EXHIBIT B

**MACKAY PHOTOS HELD BY WENDY HALSTED**

| TITLE | WH NET ESTIMATE |
|---|---|
| 1. Ansel ADAMS 11"X14" silver print of: Moon and Half Dome 1960 (vintage) | $45,000.00 |
| 2. BILL BRANDT 11"X14" signed silver print: Nude 1951 (in chair) | 10,000.00 |
| 3. HC BRESSON signed silver print: Siphinos 1961 | 10,000.00 |
| 4. Wynn BULLOCK signed silver print Stark Tree 1956 | 8,000.00 |
| 5. Wynn BULLOCK silver print Tidal Pool In Moonlight With Birds ("Let There Be Lighht") | 4,000.00 |
| 6. P.H. EMERSON platinum print Poling The Marsh Hay (HAY LLNB XVII) | 4,500.00 |
| 7. Michael KENNA signed silver print Don Quixote's Giants #8 (1996, 8/45) | 7,000.00 |
| 8. Andre' KERTESZ 8"x10" silver print Carrefour Blois | 4,000.00 |
| 9. Andre' KERTESZ 8"x10" silver print Muedon 1928 | 4,000.00 |
| 10. Don Hong OAI silver print Fishing Guilin (man with net on boat) | 3,000.00 |
| 11. Don Hong OAI silver print Foggy Boat and Tree | 3,000.00 |
| 12. Don Hong OAI silver print Tree and Water | 3,000.00 |
| 13. Josef SUDEK silver print Hukualdywald (1940's) | 3,000.00 |
| 14. Carleton WATKINS 8" x 10" albumen print Washington Column (Wild Park) 1866 | 4,000.00 |
| 15. Brett WESTON 11"x14" signed silver print Garrapata Beach 1954 | 6,500.00 |

1

| | | |
|---|---|---|
| 16. | Brett WESTON 11"x14" signed silver print<br>Dune, Oceano 1934 | 12,000.00 |
| 17. | Edward WESTON/Cole WESTON silver print<br>Nude 1936 (Charis face down) | 9,000.00 |
| 18. | Edward WESTON/Cole WESTON silver print<br>Nude 1936 | 9,000.00 |
| 19. | Edward WESTON (signed "EW" 1939) silver print<br>Lassen Park | 12,000.00 |
| 20. | Minor WHITE silver print<br>Bird Lime and Surf, Point Lobos 1951 | 4,000.00 |
| 21. | Minor WHITE silver print<br>Moon and Wall Encrustations 1964 | 5.000.00 |

## MACKAY PHOTOS RECOVERED FROM WENDY HALSTED BY FBI

| | | |
|---|---|---|
| 1. | A COBURN (gravures from London Portfolio)<br>St. Paul's From River 1906 (PL VI) | 1,200.00 |
| 2. | A COBURN (gravures from London Portfolio)<br>British Lion 1906 (PL XIX) | 1,200.00 |
| 3. | A COBURN (gravures from London Portfolio)<br>Westminster Abbey | 1,200.00 |
| 4. | A COBURN (gravures from London Portfolio)<br>Wapping 1904 (PL X) | 1,200.00 |
| 5. | A COBURN (gravures from London Portfolio)<br>Leicester Square 1906 (PL XIII) | 1,200.00 |
| 6. | A COBURN (gravures from London Portfolio)<br>From Westminster Bridge 1905 (PL XIII) | 1,200.00 |
| 7. | A COBURN (gravures from London Portfolio)<br>Boat Under Bridge | 1,200.00 |
| 8. | A COBURN (gravures from London Portfolio)<br>Castle Structure | 1,200.00 |

| | | |
|---|---|---|
| 9. | A COBURN (gravures from London Portfolio) The Sphinx 1905 | 1,200.00 |
| 10 | A COBURN (gravures from London Portfolio) People On Bridge | 1,200.00 |
| 11 | A COBURN (gravures from London Portfolio) River Embankment and Arch | 1,200.00 |
| 12 | A COBURN (gravures from London Portfolio) Trafalgar Square 1905 | 1,200.00 |
| 13. | A COBURN (gravures from London Portfolio) Thames, Boats, Bridge | 1,200.00 |
| 14. | A COBURN (gravures from London Portfolio) Hyde Park Corner 1905 | 1,200.00 |
| 15. | A COBURN (gravures from London Portfolio) London 1909 | 1,200.00 |
| 16. | A COBURN (gravures from London Portfolio) House of Parliament | 1,200.00 |
| 17. | A COBURN (gravures from London Portfolio) The Ferry | 1,200.00 |
| 18. | A COBURN (gravures from London Portfolio) St Paul's | 1,200.00 |
| 19. | FH EVANS platinum print Gloucester Cathedral, Lady Chapel West (c.1900) | 4,000.00 |
| 20. | Michel KENNA signed silver print Rouge Study #45 (1994, 9/45) | 8,000.00 |
| 21. | Don Hong-OAI 3 Boys On Beach | 3,000.00 |
| 22. | Don Hong-OAI Dogs On Beach | 3,000.00 |
| 23 | Edward WESTON (vintage silver print) Portrait of Ethel Struss (signed "Edward Weston 1923") | 18,000.00 |